UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, PhD., and LYDIA LEE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; and, ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation,<br><br>                      Defendants. | Civil Action No.: 3:06-CV-00545-LRH-RAM |

**ORDER RE CERTIFICATION TO THE NINTH CIRCUIT PURSUANT TO 28 U.S.C. § 1292(b)**

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RE CERTIFICATION TO THE NINTH CIRCUIT PURSUANT TO 28 U.S.C. § 1292(B)

WHEREAS, on September 24, 2007 defendant The Hertz Corporation ("Hertz") filed a Motion for Certification pursuant to Nev. R. App. P. 5 or, In the Alternative, Certification pursuant to 28 U.S.C. § 1292(b) (the "Motion"); and

WHEREAS, plaintiffs filed an opposition to Hertz's Motion on October 13, 2007, Hertz filed a reply on November 26, 2007, and the Motion is pending; and

WHEREAS, pursuant to Fed. R. Civ. P. 26 and Local Rule 26-1, the parties have discussed how best to proceed in this action, given the Court's September 13, 2007 Order denying Hertz's motion to dismiss, and the pending Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

(1) The September 13, 2007 Order and the Court's ruling in that Order regarding the interpretation of Nevada Revised Statutes § 482.31575, in light of the overall statutory scheme, and specifically whether that statute allows rental car companies to separately charge rental car customers airport concession recovery fees, shall be certified for immediate interlocutory appeal to the Ninth Circuit, pursuant to 28 U.S.C. § 1292(b), and plaintiffs withdraw their objections to such Ninth Circuit certification;

(2) If this Court approves this Stipulation, the parties will cooperate in seeking the Ninth Circuit's agreement to hear the interlocutory appeal;

(3) If this Court approves this Stipulation then: (a) Hertz withdraws that portion of its Motion seeking certification to the Nevada State Supreme Court and, further, will not suggest or otherwise request that the Ninth Circuit certify the question to the Nevada State Supreme Court, and (b) in the event the Ninth Circuit certifies the matter to the Nevada State Supreme Court on its own motion, plaintiffs will take no action to reverse that certification;

(4) All proceedings in this action are stayed pending the Court's decision as to whether to approve this Stipulation;

(5) If this Court approves this Stipulation and the Ninth Circuit agrees to hear the immediate interlocutory appeal, all proceedings in this Court shall be stayed pending

1  resolution of the interlocutory appeal.

2  Dated this 28th day of November, 2007.

ROBERTSON & BENEVENTO
LAW OFFICES OF DAVID B. ZLOTNICK
BERGER & MONTAGUE, P.C.

By *(signature)*

G. David Robertson, No. 1001
Robertson & Benevento
50 W. Liberty Street, Suite 600
Reno, Nevada 89501

Attorneys for Plaintiffs

MORRIS PICKERING & PETERSON
HELLER EHRMAN LLP

By *(signature)*

William E. Peterson, No. 1528
Morris Pickering & Peterson
6100 Neil Road, Suite 555
Reno, Nevada 89511

Attorneys for Defendant
The Hertz Corporation

IT IS SO ORDERED.

*(signature)*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 5, 2007.