WILLIAM PETERSON (Bar No. 1528)
MORRIS PETERSON
6100 Neil Road, Suite 555
Reno, NV 89511
Telephone: 775.829.6000
Facsimile:  775.829.6001

PETER S. HECKER (Admitted Pro Hac Vice)
ANNA S. McLEAN (Admitted Pro Hac Vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile:  415.434.3947

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, Ph.D., LYDIA LEE, and MARK SINGER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, a Delaware corporation, et al., <br><br> Defendants. | Civil Action No. 3:06-CV-00545-LRH-RAM <br><br> **SUPPLEMENTAL DECLARATION OF JEFFREY GYOMBER REGARDING NOTICE TO SETTLEMENT CLASS MEMBERS AND REGISTRATION FOR SETTLEMENT BENEFITS** |

W02-WEST:5ELS1\403482037.1

-1-
SUPPLEMENTAL DECLARATION OF JEFFREY GYOMBER
REGARDING NOTICE TO SETTLEMENT CLASS MEMBERS
AND REGISTRATION FOR SETTLEMENT BENEFITS

I, Jeffrey Gyomber, declare:

1. I am a case manager at Rosenthal & Company LLC, a division of Kurtzman Carson Consultants LLC ("Rosenthal"). Rosenthal serves as the Claim Administrator for defendants The Hertz Corporation ("Hertz") and Advantage Rent A Car ("Advantage") with respect to the settlement of the above-entitled case. I am responsible for supervising the services provided by Rosenthal in this matter. My business address is 75 Rowland Way, Suite 250, Novato, California. I am over twenty-one years of age and authorized to make this declaration on behalf of Rosenthal. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently thereto.

2. I make this declaration to provide the parties and the Court with a summary of the work performed by Rosenthal related to the notice procedures in the above-entitled case and the status of the registrations for settlement benefits and exclusions for the Hertz and Advantage brands.

3. Rosenthal has extensive experience in class action matters, having provided services in class action cases ranging in size from under 22 to over 22 million class members and involving a wide range of issues. We have provided notification and/or claims administration services in more than 1,000 class action cases.

4. Rosenthal was engaged to provide notification and claim administration services to Hertz and Advantage in the settlement of the above-entitled case (the "Settlement"). Our duties include: (a) causing notice to be sent via electronic mail to identifiable Settlement Class Members, as defined in the Settlement Agreement; (b) causing notice to be sent via standard mail to identifiable Settlement Class Members, as defined in the Settlement Agreement; (c) establishing and maintaining settlement website pages for the Hertz and Advantage brands, which can be located through links from the main settlement website of http://nevadacarrentalsettlement.com; (d) receiving and logging requests for registration and exclusion from the Settlement; and (e) receiving and

addressing questions from Settlement Class Members regarding registration and technical issues pertaining to the web pages created by Rosenthal.

5. On February 7, 2011, Rosenthal sent notice via electronic mail to 425,933 unique, identifiable Settlement Class Members. Hertz provided Rosenthal with email addresses for these Settlement Class Members from Hertz's records. 75,064 of these emails "bounced back." On February 25, 2011, Rosenthal sent notice to all 75,064 of the intended recipients of the "bounce back" emails by standard mail.

6. On February 7, 2011, Rosenthal sent notice via standard mail to 791,961 unique, identifiable Settlement Class Members. Hertz and Advantage provided Rosenthal with the physical addresses for these Settlement Class Members from their records. Before the February 7, 2011 mailing, I caused the addresses provided to be updated using the National Change of Address system, which updates addresses for all people who had moved during the previous four years and filed a change of address with the U.S. Postal Service.

7. As of April 18, 2011, a total of 35,482 registration requests had been processed through the settlement website for the Hertz and Advantage brands.

8. As of April 18, 2011, a total of 2,068 exclusion requests had been processed through the settlement website for the Hertz and Advantage brands.

9. The Hertz and Advantage settlement web pages, including the registration forms for each brand, will be available online through July 18, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26th, 2011, at Novato, California.

_____
Jeffrey Gyomber