JOHN ALBRECHT
NV Bar No. 4504
General Counsel
Truckee Meadows Community College,
Desert Research Institute, and
Great Basin College
7000 Dandini Blvd. RDMT 211
Reno, Nevada  89512
(775) 673-7261
FAX:  775-673-8238
Email: jalbrecht@tmcc.edu
*Attorney for State of Nevada Board of Regents*
*Of the Nevada System of Higher Education on behalf of*
*Itself and all its institutions*

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

★ ★ ★ ★ ★

| | |
|---|---|
| JANET SOBEL, et al., | |
| Plaintiffs, | Case No.: 3:06-CV-00545- LRH-RAM |
| vs. | |
| THE HERTZ CORPORATION, a Delaware Corporation, et al | |
| Defendants. / | |

**STATE OF NEVADA BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF ITS EIGHT INSTITUTIONS AND ITS AGENTS AND EMPLOYEES ACTING IN THEIR OFFICIAL CAPACITY'S REPLY TO PLAINTIFF'S RESPONSE TO OBJECTION**

The State of Nevada's Board of Regents of the Nevada System of Higher Education on behalf of its eight institutions and its agents and employees, in their official capacities, acting within the course and scope of their duties, (NSHE) has filed an objection to the jurisdiction pursuant to the 11th Amendment to the United States Constitution and opted out pursuant to FRCP23(c)(2)(B)(v).  The four plaintiffs have

-1-

agreed that the State of Nevada's Board of Regents of the Nevada System of Higher Education and its eight institutions should be excluded from the settlement order but not their agents and employees when acting within the course and scope of their duties (Document 223).  The Plaintiffs provided no legal authority for their position.  The Defendants have not filed any response to NSHE.  NSHE files this reply to the Plaintiffs' response.

## MEMORANDUM OF POINTS AND AUTHORITIES

The 11th Amendment to the United States Constitution states,

> The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

"(A)n unconsenting State is immune from suits brought in federal courts by her own citizens as well as by citizens of another state." *Pennhurst State Sch. & Hosp. v. Halderman,* 465 U.S. 89, 100, 104 S. Ct. 900; 79 L. Ed. 2d 67; 1984 U.S. LEXIS 4; 52 U.S.L.W. 4155 (1984).  "The State of Nevada does not waive its immunity from suit conferred by Amendment XI of the Constitution of the United States." NRS 41.031(3).  The State of Nevada's Board of Regents of the Nevada System of Higher Education and its member institutions are entities of the State.  *Krainski v. State ex rel. Bd. of Regents,* 616 F.3d 963 (9th Cir. 2010).  The immunity includes NSHE agents and employees.  *Id.,* 616 F. 3d at 968.  Neither the Plaintiffs or Defendants may use the judicial power of the United States to involuntarily include in litigation NSHE's agents and employees acting in their official capacities.

In the case of *Walker v. Liggett Group*, 982 F. Supp. 1208 (S. D. M. Va. 1997), a United States District Court was presented with the identical issue.  Class action plaintiffs were trying to include states and their officers, agencies and institutions in a class action by mailing notice under FRCP 23(b)(3).  Initially, the court entered an order including states and their officials unless the state and officials had opted out.  Some states appeared and objected and other states did not.  After motions and briefing, the

court dismissed all states, both appearing and non-appearing, and all of their officers, agencies, and institutions pursuant to 11th Amendment immunity. See *Thomas v. FAG Bearings Corp.*, 50 F.3d 502 (8th Cir. 1994) (11th Amendment bars involuntary joinder of a state agency in a federal court action).

Plaintiffs argue that NSHE must identify, by name and transaction, every individual state employee and agent to be excluded from the class. *Walker* addressed that issue. The 11th Amendment provides immunity to those individuals. Absent the consent of each individual, each of them is immune. 982 F. Supp. at 1210. The burden is not on NSHE to show a lack of consent but on the Plaintiffs to show consent on the part of each individual.

The Plaintiffs make other arguments which lack merit. First, the Plaintiffs argue that only natural persons can rent vehicles. (Document 223, page 1, lines 23-24). NSHE and its institutions, through its employees and agents, may rent vehicles. In turn, the vehicles are driven by NSHE's or its member institutions agents and employees in the course and scope of their duties.

Next, the Plaintiffs argue that NSHE has not provided "proof" that NSHE can act on behalf of its agents and employees. NSHE and its member institutions has respondeat superior liability for their agents and employees when acting within the course and scope of their duties. *Evans v. Southwest Gas*, 108 Nev. 1002, 842 P.2d 719 (1992). See NRS 41.0349 (state to indemnify employee for acts within course and scope of duty); see NRS 41.0339 (state to provide defense for acts within course and scope of duty);  see NRS 41.0338 (official attorney to provide representation for acts within course and scope of duty)

Further, the Plaintiffs' attorneys have no authority to represent the agents and employees of NSHE and its member institutions when they act within the course and scope of their duties. NRS 228.110 provides that only the attorney general or other authorized attorneys may represent state agencies and officials. The Plaintiffs counsel

1  are not so authorized.  *Walker,* 982 F. Supp. at 1210-1211 (Plaintiff s class action
2  counsel not authorized to represent state or state officials).
3     Also, NSHE, which includes its member institutions and agents and employees in
4  their official capacities in the course and scope of their duties, have opted out under
5  FRCP 23(c)(2)(B)(v).  The Plaintiffs have made no argument regarding that opting out.
6  *See San Francisco Health Plan v. McKesson Corp.,* 2011 U.S. Dist. LEXIS 22210 (D.
7  Ma. 2011) (states and state agencies excluded from the class under the FRCP 23(b)(3)
8  superiority requirement).
9     The Plaintiffs have included no legal authority for their argument that the NSHE,
10 its member institutions and its agents and employees in their official capacities are not
11 immune from being brought into this action.  If the Plaintiffs or Defendants provide
12 further legal arguments, NSHE requests additional time to respond.
13    In conclusion, NSHE has asserted its Eleventh Amendment immunity in this
14 litigation and has opted out on behalf of itself, its institutions, and their agents and
15 employees when those employees and agents were acting within the course and scope
16 of their employment when renting or leasing motor vehicles.  The Court has no authority
17 to include NSHE or their agents and employees when acting in their official capacity.
18 The Court should exclude the State of Nevada's Board of Regents of the Nevada
19 System of Higher Education, its member institutions (University of Nevada-Reno,
20 University of Nevada-Las Vegas, Nevada State College, College of Southern Nevada,
21 Desert Research Institute, Truckee Meadows Community College, Western Nevada
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  College, and Great Basin College) and their agents and employees acting within their
2  official capacities when renting or leasing motor vehicles.
3        Dated this 3rd day of May, 2011.
4
5                                /S/ JOHN ALBRECHT
                              JOHN ALBRECHT
6                                General Counsel
                              Truckee Meadows Community College,
7                                Desert Research Institute, and
                              Great Basin College
8                                7000 Dandini Blvd. RDMT 211
                              Reno, Nevada  89512
9                                (775) 673-7261
10                               *Attorney for the Board of Regents of the*
                              *Nevada System of Higher Education and all*
11                               *its institutions*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the University of Nevada, Reno, of the Nevada System of Higher Education, over the age of eighteen years and not a party to the within action. I further certify that on May 3, 2011, I electronically filed the foregoing **STATE OF NEVADA BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION ON BEHALF OF ITS EIGHT INSTITUTIONS AND ITS AGENTS AND EMPLOYEES ACTING IN THEIR OFFICIAL CAPACITY'S REPLY TO PLAINTIFF'S RESPONSE TO OBJECTION** with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

John Albrecht
jalbrecht@tmcc.edu, Carole.Dance@dri.edu, nmr@nevada.edu

Kenneth R. Bick
kbick@bicklawoffices.com, Jennifer@bicklawoffices.com

Dan C. Bowen
dbowen@bowenhall.com, ahall@bowenhall.com, wstevenson@bowenhall.com

Gregory D. Call
gcall@crowell.com

Joel J. Ewusiak
Jewusiak@forizs-dogali.com, kmelton@forizs-dogali.com

Geoffrey L. Giles
geofgiles@yahoo.com, geofgiles@integra.net

Daniel Greenberg
dngrnbrg@gmail.com

Peter S. Hecker
phecker@sheppardmullin.com, arose@sheppardmullin.com, khollenbeck@sheppardmullin.com

Haley R. Maple
hmaple@forizs-dogali.com

Anna McLean
AMcLean@sheppardmullin.com, arose@sheppardmullin.com, pautio@sheppardmullin.com

William E. Peterson
wep@marrislawgroup.com, jcp@marrislawgroup.com, hwl@marrislawgroup.com

1  Michael Radmilovich
2  Michael@radmilovich.com

3  G. David Robertson
   gdavid@nvlawyer.com, kirk@nvlawyers.com, eileen@nvlawyers.com

4  Janine L. Seancarelli
5  jscancarelli@crowell.com, dblick@crowell.com

6  Arthur Stock
   astock@bm.net, astock@bm.net

7  Susan S. Thomas
8  sthomas@bm.net, sthomas@bm.net

9  Richard D. Williamson
   rich@nvlawyers.com, eileen@nvlawyers.com
10
11 David B. Zlotnick
   david@kkbs-law.com, david@kkbs-law.com

12

13 I further certify that I served the following individuals by placing a a true and correct
14 copy of the **STATE OF NEVADA BOARD OF REGENTS OF THE NEVADA SYSTEM**
15 **OF HIGHER EDUCATION ON BEHALF OF ITS EIGHT INSTITUTIONS AND ITS**
16 **AGENTS AND EMPLOYEES ACTING IN THEIR OFFICIAL CAPACITY'S REPLY**
17 **TO PLAINTIFF'S RESPONSE TO OBJECTION** in the United States Mail, postage
18 prepaid, addressed to:

| | | |
|---|---|---|
| Alan Hartman<br>2643 N. Waskevich Lane<br>Midland, MI 48642 | Edward J. Smith<br>56 Nassau Ave.<br>Plainview, NY 11803 | Jeffrey Osborn<br>13632 Madison Street<br>Thornton, CO 80602 |
| Charles Westin<br>PO Box 157<br>Belleville, KS 66935-1940 | Edward L. Buchannan<br>130 Kerry Ct.<br>Vacaville, CA 95687 | John Vertino<br>8 Elaine Ct<br>Buffalo, NY 14225 |
| Clark J. Leslie<br>100 Clark Court<br>Cambridge, OH 43725-9616 | Einar Tamm<br>20 Partridge Hill<br>Honeoye Falls, NY 14472 | John S. Reifschneider<br>1001 6th Avenue<br>Suite 100<br>Leavenworth, KS 66048 |

| | | |
|---|---|---|
| Clinton M. Casey<br>705 NE 3rd Street<br>Pompano Beach, FL 33060 | Gary Jackson<br>2805 Ridge Valley Road, NW<br>Atlanta, GA 30327 | Jonathan H. Parker<br>1521 Alton Road<br>Suite 366<br>Miami Beach, FL 33139 |
| Daniel Woodson<br>37925 Ridge Top Drive<br>Lebanon, OR 97355 | George Murphy<br>1904 Dove Ct.<br>Friendswood, TX 77546 | Karen White<br>400 S. Eagle Ave<br>McAllen, TX 78504-5116 |
| David Grant<br>3 Oakhurst Terrace<br>Newcastle upon Tyne<br>NE12 9NY<br>England, | George Murphy<br>P.O. Box 1835<br>Friendswood, TX 77546 | Kathleen Loepker<br>300 Dorchester Drive<br>Belleville, IL 62223 |
| Dennis Kirson<br>2321 Hendola Drive, NE<br>Albuquerque, NM 87110 | Harold Peterson<br>7911 Westhaven Dr SW Apt 3<br>Huntsville, AL 35802-1431 | Keith Owens<br>612 34 Road<br>Clifton, CO 81520 |
| Dennis J. Godsey<br>1102 Main Street<br>Belle Chasse, LA 70037 | Ivan M. Katz<br>57 Trumbull Street<br>New Haven, CT 08510-1004 | Kevin Foster<br>839 Commercial St.<br>Marseilles, IL 61341 |
| Dennis L. Hunt<br>9120 Edgemont Dr.<br>North Richland Hills, TX 76182 | Jacqueline Gagnon<br>197 Montelona Road<br>Goffstown, NH 03045 | Linda Trigg<br>4593 Fir Dell Dr. SE<br>Salem, OR 97302 |
| Douglas A. Hindmarsh<br>130 Island Rd.<br>Millis, MA 02054 | James Miller<br>1542 Bennett Road<br>Lansing, MI 48906 | M. Gary Olson<br>1578 NW Trenton Ave.<br>Bend, OR 97701 |
| Marsha Langford<br>6201 Fairview<br>Lenoir City, TN 37772 | Max Hensley<br>116 Parklane Dr.<br>San Antonio, TX 78212 | Michael Prihar<br>PO Box 3242<br>Granada Hills, CA 91394-0242 |
| Michael Shaw<br>28 Mayfield Street<br>St Kilda East 3183<br>Victoria, CANADA | Michael J. Tomkvitch<br>7 Woodcrest Drive<br>Hopewell Junction, NY 12533 | Michael J. Walkley<br>5606 Saint Albans Way<br>Baltimore, MD 21212 |

| | | |
|---|---|---|
| Michael L. McMillan<br>P.O. Box 15042<br>Hattiesburg, MS 39404-5042 | Mike Thayne<br>1768 N. 4850 W.<br>Ogden, UT 84404 | Mike Whaley<br>21325 119th Street<br>Bristol, WI 54104 |
| Paul E. Johnson<br>P.O. Box 11516<br>Zephyr Cove, NV 89448 | Peter York<br>No. 11 Crouchfield<br>Hemel Hempstead<br>HP1 1PA<br>UK | Richard A. Norton<br>PO Box 330<br>Warnerville, NY 12187 |
| Ronald C. Nahas<br>3697 Mt. Diablo Blvd.<br>Suite 250<br>Lafayette, CA 94549 | Shrenik Bavishi<br>PO Box 5<br>Colonia, NJ 07067-0005 | Steven E. Whitney<br>7805 Ridgemar Drive<br>Dallas, TX 75231 |
| Thomas L. Cox , Jr<br>4934 Tremont<br>Dallas, TX 75214 | | |

                                        /s/ Catherine M. Bandoni
Employee of the University of Nevada, Reno of the Nevada System of Higher Education