UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, PhD., and LYDIA LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation; *et al.*,<br><br>Defendants. | 3:06-cv-00545-LRH-RAM<br><br><br>MINUTE ORDER<br><br><br>May 9, 2011 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NONE APPEARING       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**

IT IS ORDERED, Hearing Re: Fairness Hearing [Doc# 136] is set for Tuesday, May 17, 2011 at 10:00 a.m. (Pacific Time) in Reno Courtroom 5 before Judge Larry R. Hicks.

IT IS FURTHER ORDERED, out-of-state counsel requesting to appear telephonically at the hearing shall notify Courtroom Deputy, Dionna Negrete, at (775) 686-5829 no later than Thursday, May 12, 2011.  Thereafter, on May 17, 2011, telephonic participants shall call AT&T no later than 5 minutes prior to the hearing at 1 (888) 273-3658, and provide Access Code 9260179 and Security Code 0021.

IT IS FURTHER ORDERED that pro se objectors and counsel for objectors may also appear telephonically, and must also notify the Courtroom Deputy as referenced above. However, given the court's schedule, telephonic participation of pro se objectors and counsel for objectors will be limited to a 5 minute maximum.

IT IS FURTHER ORDERED that the Motion to Appear (#232) is GRANTED and the Clerk of the Court shall send a copy of this order to Objector Anthony L. DeWitt via U.S. mail.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:         /s/
          Deputy Clerk