**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, Ph.D, and LYDIA LEE, individually and on behalf of all others similarly situated, Plaintiff(s), vs. THE HERTZ CORPORATION, a Delaware corporation; and, ENTERPRISE RENT-A-CAR COMPANY, a Missouri corporation, Defendant(s). | Case #3:06-CV-00545LRH-WGC |

Case #<u>3:06-CV-00545LRH-WGC</u>

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

<u>   Ross B. Bricker   </u>, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

<u>JENNER & BLOCK LLP</u>
        (firm name)

with offices at <u>    353 N. Clark Street    </u>,
        (street address)

<u>   Chicago   </u>, <u>   Illinois   </u>, <u> 60654 </u>,
    (city)        (state)      (zip code)

<u>   312-222-9350   </u>, <u>   rbricker@jenner.com   </u>.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

<u>THE HERTZ CORPORATION</u> to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3.     That since _____October 29, 1980_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| See Attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7.     That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          Petitioner's signature

   STATE OF _____ Illinois _____ )

5                                          )

   COUNTY OF _____ Cook _____ )

6

7       _____ Ross B. Bricker _____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                        Petitioner's signature

10  Subscribed and sworn to before me this

11

12  _14th_ day of _May_ , _2013_ .

13  _____
        Notary Public or Clerk of Court

OFFICIAL SEAL
CARYN JO GEISLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-23-2013

14

15

16      **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate _____ William Peterson _____,
                                                            (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23      _50 West Liberty Street, Suite 510_ ,
                             (street address)

24  _____, _____, _____
       _Reno_                _Nevada_        _89501_

25        (city)               (state)        (zip code)

26     _775-785-5440_            _775-785-5441_ .
   (area code + telephone number)      (Email address)

27

28                                          4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ William Peterson _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

Richard McEvily, Deputy Gen'l Counsel, The Hertz Corp.
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1528                    wpeterson@swlaw.com
Bar number            Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

| COURTS | Approximate Date(s) of Admission/Practice | Attorney Registration Numbers |
|---|---|---|
| Illinois | October 29, 1980 | 3126882 |
| U.S. Court of Appeals (7th Cir.) | 1982 | N/A |
| District of Columbia | December 20, 1983 (inactive) | 370510 |
| U.S. District Court, Northern District of Illinois | 1985 | N/A |
| U.S. Supreme Court | 1985 | N/A |
| U.S. Court of Appeals (8th Cir.) | 1986 | N/A |
| Florida | June 19, 1989 | 801951 |
| U.S. Court of Appeals (11th Cir.) | 1991; 2003 | N/A |
| U.S. District Court, Middle District of Florida | 1993 | N/A |
| U.S. Court of Appeals (1st Cir.) | 2000 | N/A |
| U.S. Court of Appeals (5th Cir.) | 2003 | N/A |
| U.S. Court of Appeals for Federal Circuit | 2003 | N/A |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Ross Benjamin Bricker

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1980 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, May 01, 2013.

*Carolyn Taft Grosboll*

Clerk