1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
7

8 JANET SOBEL, DANIEL DUGAN, Ph.D,        )        Case #3:06-CV-00545LRH-WGC
and LYDIA LEE, individually and on behalf )
9 of all others similarly situated,        )
                      Plaintiff(s),        )        **VERIFIED PETITION FOR**
10                                          )        **PERMISSION TO PRACTICE**
                                           )        **IN THIS CASE ONLY BY**
11        vs.                              )        **ATTORNEY NOT ADMITTED**
THE HERTZ CORPORATION, a Delaware )        **TO THE BAR OF THIS COURT**
12 corporation; and, ENTERPRISE RENT-A- )        **AND DESIGNATION OF**
CAR COMPANY, a Missouri corporation, )        **LOCAL COUNSEL**
13                      Defendant(s).       )
14 _____)        FILING FEE IS $200.00
15

16        _____Michael T. Brody_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)
17

18        1.        That Petitioner is an attorney at law and a member of the law firm of

19        _____JENNER & BLOCK LLP_____
                                    (firm name)

20 with offices at _____353 N. Clark Street_____,
                                    (street address)

21 _____Chicago_____, _____Illinois_____, _____60654_____,
                (city)                         (state)              (zip code)

23 _____312-222-9350_____, _____mbrody@jenner.com_____.
   (area code + telephone number)              (Email address)
24

25        2.        That Petitioner has been retained personally or as a member of the law firm by

   _____THE HERTZ CORPORATION_____ to provide legal representation in connection with
26                [client(s)]

27 the above-entitled case now pending before this Court.

28                                                                        Rev. 12/11

3.    That since   December 12, 1983  , Petitioner has been and presently is a

               (date)

member in good standing of the bar of the highest Court of the State of      Illinois

                                                                                                 (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

    4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals - DC Circuit | August 30, 1984 | |
| US Court of Appeals - Seventh Circuit | December 21, 1984 | |
| US District Court - N.D. Ill. | November 14, 1984 | |
| US District Court - Central Ill. | February 21, 2008 | |
| US Supreme Court | January 10, 2011 | |
| | | |
| | | |
| | | |

    5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

7.      That Petitioner is a member of good standing in the following Bar Associations:

Seventh Circuit Bar Association, American Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3    _____

4                                      Petitioner's signature

     STATE OF _____Illinois_____  )

5                                      )

     COUNTY OF _____Cook_____   )

6

7            ___Michael T. Brody___, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____

10                                     Petitioner's signature

     Subscribed and sworn to before me this

11

12   _14th_ day of _May_____, _2013_.

13   _____
        Notary Public or Clerk of Court

14

```
+-------------------------------------+
|         OFFICIAL SEAL               |
|      CARYN JO GEISLER               |
| NOTARY PUBLIC, STATE OF ILLINOIS    |
| MY COMMISSION EXPIRES 10-23-2013    |
+-------------------------------------+
```

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18          Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate _____William Peterson_____,

19                                                                              (name of local counsel)

     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

     above-entitled Court as associate resident counsel in this action.  The address and email address of

21

     said designated Nevada counsel is:

22

23   ___50 West Liberty Street, Suite 510_____,

24                         (street address)

     ___Reno_____, ___Nevada_____, __89501__,

25        (city)                (state)           (zip code)

26   __775-785-5440___, ____775-785-5441_____.

27   (area code + telephone number)      (Email address)

28                                    4                              Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ William Peterson _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____

(Party signature)

Richard McEvily, Deputy Gen'l Counsel, The Hertz Corp.

(Party signature)

_____

(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

1528        wpeterson@swlaw.com

Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Timothy Brody

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 12, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, May 14, 2013.

*Carolyn Taft Grosboll*

Clerk