SNELL & WILMER L.L.P.
WILLIAM E. PETERSON (Bar No. 1528)
50 West Liberty Street
Suite 510
Reno, NV 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441

JENNER & BLOCK LLP
ROSS B. BRICKER (Admitted Pro Hac Vice)
MICHAEL T. BRODY (Admitted Pro Hac Vice)
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312-222-9350
Facsimile: 312-527-0484

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, Ph.D., and LYDIA LEE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE HERTZ CORPORATION, a Delaware corporation,<br><br>  Defendant. | No. 3:06-CV-00545-LRH-WGC<br><br>**NOTICE OF APPEAL;**<br>**REPRESENTATION STATEMENT** |

**NOTICE OF APPEAL**

Notice is hereby given that The Hertz Corporation ("Hertz"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on September 13, 2013 that, among other things, requires Hertz, the defendant, to bear the cost of notice of the class action.

1 | October 11, 2013

Respectfully submitted,

By_____/s/_____

Ross B. Bricker (Admitted Pro Hac Vice)
Michael T. Brody (Admitted Pro Hac Vice)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:    312-527-0484

William E. Peterson (Bar No. 1528)
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, NV 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441

Attorneys for Defendant
THE HERTZ CORPORATION

**FRAP 12(B) AND NINTH CIRCUIT RULE 3-2(B) REPRESENTATION STATEMENT**

Notice is further given that the following attorneys represent the following parties to the appeal:

William E. Peterson (Bar No. 1528)
Snell & Wilmer L.L.P.
50 West Liberty Street
Suite 510
Reno, NV 89501
Telephone:  775-785-5440
Facsimile:   775-785-5441

Ross B. Bricker (*pro hac vice* application to be filed)
Michael T. Brody (*pro hac vice* application to be filed)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:     312-527-0484

*Attorneys for Defendant-Appellant*

G. David Robertson, Esq. (SBN 1001)
Jarrad C. Miller, Esq. (SBN 7093)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone: (775) 329-5600
Facsimile: (775) 348-8300
gdavid@nvlawyers.com
jarrad@nvlawyers.com

Susan S. Thomas, Esquire
Arthur Stock, Esquire
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs-Appellees*

October 11, 2013

Ross B. Bricker (Admitted Pro Hac Vice)
Michael T. Brody (Admitted Pro Hac Vice)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:    312-222-9350
Facsimile:    312-527-0484

Respectfully submitted,

By_____/s/_____

William E. Peterson (Bar No. 1528)
SNELL & WILMER L.L.P.
50 West Liberty Street
Suite 510
Reno, NV 89501
Telephone:  775-785-5440
Facsimile:  775-785-5441

Attorneys for Defendant-Appellant
THE HERTZ CORPORATION

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **NOTICE OF APPEAL; REPRESENTATION STATEMENT** by the method indicated:

| | |
|---|---|
| XXXXXXX | by Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Overnight Mail |
| _____ | by Federal Express |
| _____ | by Electronic Service |
| _____ | by Hand Delivery |

and addressed to the following:

G. David Robertson
Robertson, Johnson, Miller & Williamson
50 W. Liberty Street, Suite 600
Reno, Nevada 89501

Susan S. Thomas
Arthur Stock
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Dated this 11th day of October, 2013.

/s/ Holly W. Longe
By_____
An employee of Snell & Wilmer L.L.P.

3