**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

JANET SOBEL and DANIEL DUGAN, Ph.D., individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

THE HERTZ CORPORATION, et al.

    Defendants.

Case No.: 3:06-cv-00545-LRH-RAM

**[PROPOSED] ORDER**

For good cause shown, it is hereby ORDERED:

(1) Notice in the form submitted to the Court as Dkt. No. 378-1, and as modified by this Court's Order of November 26, 2013, Dkt. No. 381, shall be published in the manner specified by the Court's Order of October 28, 2013, Dkt. No. 362, no later than June 9, 2014;

(2) Paragraph (8) of the Notice shall be modified by substitution of "$500,000" for "$300,000";

(3) Any Attorneys' Fee and Cost Applications, and any supporting schedules, billing records, and memoranda shall be filed no later than June 9, 2014;

(4) The deadline for Class Members to opt out of the Class, and the deadline for Objections to the Fee and Cost Application, shall be August 8, 2014;

(5) The Parties shall submit a list of opt-outs, and and each party may submit a Proposed Rule 58(d) Order Entering Summary Judgment (the "Judgment Order") no later than August 22, 2014;

(6) Plaintiffs shall submit a brief responding to any objections to the Fee and Cost Petition no later than August 22, 2014.

(7) Each party may submit any objections to the entry of the other proposed Judgment Order no later than September 12, 2014;

-2-

(8) Each party may submit a brief responding to any objections to that party's proposed Judgment Order no later than September 26, 2014;

(9) The Court shall hold a hearing on Plaintiffs' application for attorneys' fees and cost reimbursement at _____ o'clock on _____ [September 9, 2014 or later], at the United States District Court for the District of Nevada, Federal Building and United States Courthouse, 400 South Virginia Street, Reno, Nevada 89501.

DATED this \_\_\_\_\_ day of May, 2014        IT IS SO ORDERED:

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE