UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANET SOBEL and DANIEL DUGAN, Ph.D., individually and on behalf of all others similarly situated, | 3:06-CV-00545-LRH-RAM |
| Plaintiffs, | ORDER |
| v. | |
| THE HERTZ CORPORATION, a Delaware corporation, | |
| Defendant. | |

It has come to the Court's attention that the following judicial officers in the District of Nevada have received notice of the pending class action: Larry R. Hicks, William G. Cobb, and Robert A. McQuaid. The Court finds that they are not members of the putative class pursuant to the Court's March 21, 2013 Order. Doc. #332. Accordingly, this Order serves to confirm that Larry R. Hicks, William G. Cobb, and Robert A. McQuaid are excluded from the class.

IT IS THEREFORE ORDERED that judicial officers Larry R. Hicks, William G. Cobb, and Robert A. McQuaid shall be excluded from the class.

IT IS SO ORDERED.

DATED this 7th day of July, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE