**Joel Ewusiak**
**Christopher Roberts**
Ewusiak & Roberts, P.A.
100 Main Street, Suite 302
Safety Harbor, FL 34695
Phone:  727-724-5796

**Andy Dogali**
Dogali Law Group, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Phone: 813-289-0700

**Kenneth R. Bick**
Kenneth R. Bick Law Offices
1005 Terminal Way, # 172
Reno, NV 89502-2179
Telephone:  (775) 323-1213
*Attorneys for Scott Schutzman*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANET SOBEL, DANIEL DUGAN, Ph. D., LYDIA LEE, and MARK SINGER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE HERTZ CORPORATION, a Delaware Corporation, ENTERPRISE LEASING COMPANY-WEST, LLC, a Delaware LLC, and VANGUARD CAR RENTAL USA, LLC, a Delaware LLC, <br><br> Defendants. | No. 3:06-CV-00545 LRM-RAM <br><br> For customers of: <br> **Alamo Rent A Car and Hertz** |

**<u>OBJECTOR SCOTT SCHUTZMAN'S SUPPLEMENT IN SUPPORT OF HIS MOTION FOR ATTORNEY'S FEES AND COSTS AND FOR SERVICE AWARD</u>**

1

Objector, SCOTT SCHUTZMAN ("**Schutzman**") and his attorneys, hereby submits this Supplement to the attorney fees and costs records previously submitted in connection with his motion for attorney's fees and costs and for service award filed on June 25, 2014.  *See* exhibits attached to Doc. No. 410 and Doc. No. 412.  A Supplemental Declaration is attached as "**Exhibit 1**."  Since June 25, 2014, Schutzman's attorneys have incurred additional attorney's fees and costs, including time spent reviewing all fee-related pleadings filed by the parties and non-parties, and replying to Class Counsel's response to Schutzman's motion for attorney's fees and costs and for service award.  Schutzman will incur additional attorney's fees and costs preparing for, traveling to and attending the September 23, 2014 hearing on all pending attorney fee and costs motions, including his own, as ordered by the Court.

To date, the lodestar calculation for Schutzman's attorney's fees is **$103,333.75** ($18,360.00 [this Supplemental Declaration] + $30,298.00 [Doc. No. 410-4] + $54,675.75 [Doc. No. 412-2; 412-3]).  With the application of a 2.5 multiplier to the lodestar calculation, the total attorney's fee would be **$258,334.37**.  To date, the total costs incurred are **$4,221.68** ($1,449.75 [this Supplemental Declaration] + $778.64 [Doc. No. 410-4] + $1,993.29 [Doc. No. 412-4; 412-5]).  <u>This supplement is not intended to modify the percentage method of calculation of attorney's fees advocated by Schutzman in his briefing.</u>   Finally, Schutzman notes that Class Counsel opposes his entitlement to attorney's fees and costs, as well as the amount sought.  *See In re Nucorp Energy, Inc.*, 764 F.2d 655, 659-60 (9th Cir. 1985)("In statutory fee cases, federal courts, including our own, have uniformly held that time spent in establishing the entitlement to and amount of the fee is compensable.").

2

Dated:  September 19, 2014.

Respectfully submitted,

/s/ Joel Ewusiak
**Joel Ewusiak**
Fla. Bar No.: 0509361
**Christopher Roberts**
Fla. Bar No.: 150525
Ewusiak & Roberts, P.A.
E-mail:  joel@erlitigators.com
100 Main Street, Suite 302
Safety Harbor, FL 34695
Phone:  727-724-5796
Fax:  727-216-8955

**Andy Dogali**
Dogali Law Group, P.A.
Fla. Bar No.: 0615862
Email: adogali@dogalilaw.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Phone: 813-289-0700
Fax: 813-289-9435

**Kenneth R. Bick**
Kenneth R. Bick Law Offices
Bar No.: 2357
kbick@bicklawoffices.com
1005 Terminal Way, # 172
Reno, NV 89502-2179
Telephone:  (775) 323-1213
*Attorneys for Scott E. Schutzman*

### CERTIFICATE OF SERVICE

The undersigned certifies that, on September 19, 2014, a true copy of the foregoing was filed using the CM/ECF system, which will provide electronic notice to all counsel of record.

/s/ Joel Ewusiak
**Joel Ewusiak**

3