

FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 24 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANET SOBEL; et al.,<br><br>              Plaintiffs - Appellees,<br><br>  v.<br><br>HERTZ CORPORATION,<br><br>              Defendant - Appellant. | No. 13-17056<br><br>D.C. No. 3:06-cv-00545-LRH-RAM<br>District of Nevada,<br>Reno<br><br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Mary G. Schlepp
Deputy Clerk

mgs/mediation