# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| JANET SOBEL; *et al.*, | 3:06-cv-00545-LRH-(RAM) |
|  | C/A #: 13-17056 |
| Plaintiffs/Appellees, |  |
|  | <u>ORDER ON MANDATE</u> |
| vs. |  |
| HERTZ CORPORATION, |  |
| Defendant/Appellant. |  |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on December 24, 2014, issued its mandate dismissing the appeal subsequent to the filing of a stipulation for voluntary dismissal by the parties, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 29th day of December, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE